**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1064

RYAN YOUNG,

Plaintiff - Appellant,

versus

HENDRICK MOTORSPORTS, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:05-cv-00503)

Submitted:  July 23, 2007          Decided:  August 15, 2007

Before NIEMEYER and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jenny L. Sharpe, Charlotte, North Carolina, for Appellant.  John D. Cole, Kelly S. Hughes, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Young appeals the district court's order granting summary judgment in favor of Hendrick Motorsports, Inc. on his retaliation claim brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in its oral order announced from the bench. <u>See</u> <u>Young v. Hendrick Motorsports, Inc.</u>, No. 3:05-cv-00503 (W.D.N.C. Dec. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>